In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00010-CV**
_____

**KATHRYN WILLIAMS AND N.D. (DOUG) WILLIAMS, ET AL, Appellants**

**V.**

**LINDA TEMPLETON, INDIVIDUALLY AND AS TRUSTEE IN THE WILL OF DOYLE WADE TEMPLETON, Appellee**

**On Appeal from the 1A District Court**
**Jasper County, Texas**
**Trial Cause No. 34173-A**

## MEMORANDUM OPINION

Appellants Kathryn Williams, N.D. (Doug) Williams, Sally Bennett, Richard R. Monts, Executor of the Estate of Marjorie Hoyt Monts, William C. Hoyt, Stewart R. Hoyt, Jean F. Beal, Ann Adkisson Lackey, Charles Albert Adkisson, Margaret Adkisson Messinger, Richard Thorpe, Nathan Clay Carpenter, and Carol Carpenter Wood have filed a motion to dismiss this appeal. This motion is voluntarily made by

1

the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal.[1] We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on June 9, 2021
Opinion Delivered June 10, 2021

Before Golemon, C.J., Kreger and Horton, JJ.

---

[1] This Court has previously dismissed this appeal as to appellants BBX Operating, L.L.C., Border to Border Exploration, L.L.C., Kodiak Resources, Inc., and BP America Production Company pursuant to their motions to dismiss. *See Williams v. Templeton*, No. 09-21-00010-CV, 2021 Tex. App. LEXIS 3233 (Tex. App.—Beaumont Apr. 29, 2021, no pet. h.) (mem. op); *Williams v. Templeton*, No. 09-21-00010-CV, 2021 WL 1306391 (Tex. App.—Beaumont Apr. 8, 2021, no pet. h.) (mem. op). The record does not reflect that the intervenor, Lee Kellen Kahla, filed a notice of appeal.